UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEIRDRE HAMILTON.

Plaintiff,

v.

DANIEL SCAVINO, *et al.*

Defendants.

Civil Action No. 26-290 (ACR)

**JOINT STATUS REPORT**

Consistent with the Minute Order of May 8, 2026, the parties, by and through counsel, hereby respectfully provide the Court with the following Joint Status Report.

In light of the Supreme Court's ruling in *Trump v. Slaughter*, No. 25-332, 2026 WL 1855612 (U.S. June 29, 2026), the plaintiff is electing to voluntarily dismiss her case without prejudice. Undersigned counsel for the plaintiff will file a corresponding Notice under Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: July 14, 2026
        Washington, DC

By: */s/ Margaret M. Donovan*
Margaret M. Donovan (DDC No. CT0026)
Koskoff Koskoff & Bieder, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com

*Attorney for Plaintiff Deidre Hamilton*

Respectfully submitted,

JEANINE FERRIS PIRRO,
United States Attorney

By: */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*